

# South Carolina
# Department of Insurance

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**HENRY McMASTER**
Governor

**MICHAEL WISE**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105

April 15, 2026

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
c/o Corporation Service Company
100 Coastal Drive, Suite 210
Charleston, SC 29492

Dear Sir:

On April 14, 2026, I accepted service of the attached Summons and Complaint on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to ccrooks@doi.sc.gov**. When replying, please refer to File Number 208855, <u>Forward Law, LLC, *et al.* v. Travelers Casualty Insurance Company of America</u>, 2026-CP-23-02145.

By:

*Gwendolyn Fuller McGriff*

Gwendolyn McGriff
Deputy Director - Legal
(803)737-6732

Sincerely Yours,

Michael Wise
Director
State of South Carolina
Department of Insurance

Attachment

CC:    Charles W. Carpenter Esq.
Forward Law, LLC
905 Pendleton Street
Greenville, SC    29601

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

Forward Law, LLC, and Chuck Holdings,
LLC,

                    Plaintiff(s),

vs.

Travelers Casualty Insurance Company of
America,

                    Defendant(s).

IN THE COURT OF COMMON PLEAS

Case No.: 2026-CP-23-_____

SUMMONS

TO THE DEFENDANT ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which

is herewith served upon you, and to serve a copy of your Answer to said Complaint upon the

subscribers at their office, 905 Pendleton Street, Greenville, South Carolina 29601, within thirty

(30) days, after service hereof, exclusive of the day of such service, and if you fail to answer the

Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for judgment

by default for relief demanded in said Complaint.

                    Forward Law, LLC, and Chuck Holdings, LLC

                    By: s/Charles W. Carpenter

                    Charles W. Carpenter, S.C. Bar #: 103428

                    Charlie@forward-law.com

                    905 Pendleton Street

                    Greenville, South Carolina 29601

(864) 335-9909

Attorney for Plaintiffs

Greenville, South Carolina

Dated: April 6th, 2026

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF GREENVILLE | |
| | Case No.: 2026-CP-23-_____ |
| Forward Law, LLC, and Chuck Holdings, LLC, | |
| Plaintiff(s), | COMPLAINT |
| vs. | |
| Travelers Casualty Insurance Company of America, | |
| Defendant(s). | |

Plaintiffs Forward Law, LLC, and Chuck Holdings, LLC, complaining of the Defendant, would respectfully show the Court as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Forward Law, LLC, is a South Carolina limited liability company with its principal place of business at 905 Pendleton Street, Greenville, South Carolina 29601, and is the named insured under a commercial businessowners policy of insurance, Policy No. 680-3T320420, issued by Defendant Travelers Casualty Insurance Company of America. Plaintiff Chuck Holdings, LLC, is a South Carolina limited liability company and the owner of the commercial building located at 905 Pendleton Street, Greenville, South Carolina 29601, and is an additional named insured under the same policy.

2. Defendant Travelers Casualty Insurance Company of America ("Travelers") is an insurance company authorized to do business in the State of South Carolina.

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

3. This Court has personal jurisdiction and venue over the parties named and subject matter in this lawsuit pursuant to the South Carolina Rules of Civil Procedure, the South Carolina Constitution, and the South Carolina Code.

## FACTUAL ALLEGATIONS

4. Plaintiffs owned and maintained a commercial building located at 905 Pendleton Street, Greenville, South Carolina 29601 (the "Property"), which houses Plaintiff's law office.

5. At all relevant times, Plaintiffs maintained a valid Businessowners Policy of insurance with Defendant, Policy No. 680-3T320420 (the "Policy"), which provided coverage for direct physical loss or damage to the Property caused by or resulting from covered causes of loss, including ice and snow storms.

6. On or about February 5, 2026, the Property sustained direct physical loss and damage as a result of a significant ice and snow storm event that caused thermal stress, temperature fluctuations, and a rise in the water table in the vicinity of the Property.

7. The storm event caused the brick chimney at the Property to expand and contract with the extreme temperature swings, resulting in movement of the chimney foundation and framing. As a direct result, multiple interior walls adjacent to the central fireplace — all of which are framed into the chimney structure — suffered severe damage, including large-area plaster detachment from wood lath and framing, significant cracking, and structural displacement.

8. Plaintiffs timely submitted a claim under the Policy, Claim No. FVX9941, for the covered storm-related damages.

9. Defendant retained J. Drew Wilkie, P.E., to evaluate the damage. Mr. Wilkie's report, dated February 23, 2026, was limited in scope to visual inspection of painted wall finishes and did not include structural analysis of the building, foundation measurements, crack width monitoring, floor level readings, or any quantitative assessment of whether the building experienced movement as a result of the storm. Notwithstanding this limited scope, Defendant relied solely on Mr. Wilkie's report to deny the claim.

10. On or about February 24, 2026, Defendant issued a coverage denial letter, asserting that the damage was attributable to wear and tear, maintenance practices, and workmanship deficiencies, without making any causal determination regarding the contribution of the February 2026 storm event.

11. Plaintiffs disputed the denial and retained an independent licensed structural engineer, Alexander F. Zuendt, P.E. (SC License No. 29415), of Zuendt Engineering LLC, to conduct an independent assessment of the Property.

12. Mr. Zuendt conducted an on-site inspection on February 27, 2026. His report, dated March 6, 2026, concluded that the February 2026 ice and snow storms affected the movement of the chimney, which caused the damage to the walls. Mr. Zuendt further determined that the storms contributed to additional settlement through a rise in the water table and through thermal expansion and contraction of the chimney structure, mechanisms that Mr. Wilkie's report failed entirely to address.

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

13. Plaintiffs transmitted Mr. Zuendt's report to Defendant, requesting reconsideration of the denial. Defendant reopened the claim upon receipt of the report, as confirmed by Defendant's adjuster Matt Mason.

14. On or about April 2, 2026, Defendant issued a second and final denial letter. Rather than conduct a new or supplemental engineering review, Defendant selectively quoted from Plaintiff's own expert report — specifically Zuendt Engineering's reference to chimney settlement — and applied the policy's settling exclusion to deny coverage, while ignoring Mr. Zuendt's explicit conclusion that the storms were the causative mechanism that triggered and accelerated that settlement.

15. Defendant's denial was unreasonable and made in bad faith. Defendant failed to conduct a full and adequate investigation, ignored material evidence from Plaintiff's independent engineer, and applied policy exclusions in a manner inconsistent with the causation evidence of record.

## FIRST CAUSE OF ACTION BREACH OF CONTRACT

16. Plaintiffs incorporate the foregoing paragraphs as if fully repeated herein.

17. Defendant entered into a valid and binding contract of insurance with Plaintiffs in the form of Businessowners Policy No. 680-3T320420.

18. The February 2026 ice and snow storm event constituted a covered cause of loss under the Policy, which provides open-peril coverage for direct physical loss or damage to covered property.

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

19. Defendant breached its contractual obligations by failing and refusing to pay Plaintiffs' valid claim for covered storm-related damages.

20. As a direct and proximate result of Defendant's breach, Plaintiffs have suffered damages in excess of $15,000, the exact amount to be proven at trial, including but not limited to the cost of repair and remediation of the damaged property, loss of use, out-of-pocket expenses, and other consequential damages.

## SECOND CAUSE OF ACTION BAD FAITH / UNFAIR CLAIMS SETTLEMENT PRACTICES

21. Plaintiffs incorporate the foregoing paragraphs as if fully repeated herein.

22. Defendant owed Plaintiffs the duty to act in good faith and deal fairly in handling Plaintiffs' claim, including the duty to conduct a reasonable investigation and to evaluate the claim objectively based on all available evidence.

23. Defendant violated this duty and acted in bad faith by, among other things:

a. Failing to conduct an adequate initial investigation, relying on an engineer whose own scope of work was expressly limited to painted wall finishes and who performed no structural analysis;

b. Ignoring the conclusion of Plaintiff's independent licensed structural engineer that the storm was the causative mechanism for the observed damage;

c. Issuing a second denial that selectively quoted from Plaintiff's own expert report in a misleading manner, while disregarding that same report's ultimate causation conclusion;

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

d. Applying the policy's settling exclusion in an unreasonable manner inconsistent with the evidence of storm causation in the record;

e. Failing and refusing to pay a covered claim without a reasonable basis in fact or law; and

f. Placing Defendant's own financial interests above the contractual and statutory rights of its insured.

24. Defendant's bad faith conduct violates S.C. Code Ann. § 38-59-20 and entitles Plaintiffs to recover actual damages, consequential damages, and punitive damages sufficient to deter such conduct in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for judgment against Defendant as follows:

a. For actual damages in excess of $15,000, the exact amount to be proven at trial;

b. For consequential damages, including loss of use and other economic damages;

c. For punitive damages for Defendant's bad faith conduct;

d. For attorneys' fees and costs of this action as allowed by law;

e. For a trial by jury on all issues so triable; and

f. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Forward Law, LLC, and Chuck Holdings, LLC

By: s/Charles W. Carpenter

Charles W. Carpenter, S.C. Bar #: 103428

Charlie@forward-law.com

905 Pendleton Street

Greenville, South Carolina 29601

(864) 335-9909

Attorney for Plaintiffs

Greenville, South Carolina

Dated: April 6th, 2026

ELECTRONICALLY FILED - 2026 Apr 06 1:17 PM - GREENVILLE - COMMON PLEAS - CASE#2026CP2302145

STATE OF SOUTH CAROLINA
**DEPARTMENT OF INSURANCE**
P.O. BOX 100105
COLUMBIA, S.C. 29202-3105



**CERTIFIED MAIL**

9589 0710 5270 3560 9399 92

## CERTIFIED MAIL

# SERVICE OF PROCESS

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
c/o Corporation Service Company
100 Coastal Drive, Suite 210
Charleston, SC 29492